**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY**

Timothy R. Hott, Esq. (TH 6729)
LAW OFFICES OF TIMOTHY R. HOTT , P.C.
PO BOX 498
Cliffwood, NJ 07721
Telephone (201) 240-4498
Facsimile (631) 980-3650
Email: TimHott@Gmail.com
Attorney for the Plaintiffs

| | |
|---|---|
| IBEW Local 102 Welfare, Pension, Surety and Joint Apprenticeship Training Funds and their Boards of Trustees, and the IBEW Local 102 Distribution Fund as collection agent for the National Electrical Benefit Fund for and on behalf of its Trustees and IBEW Local Union No. 102 , <br><br> *Plaintiff(s)* <br><br> vs. <br><br> Cestone Electric Company, Inc. <br> 23 Jackson Street <br> Little Falls, New Jersey 07424 <br><br> *Defendant(s)* | <u>CIVIL ACTION</u> <br><br> CIVIL ACTION NO. <br><br> 2:21-cv-04005 (BRM) (ESK) <br><br><br> **<u>ORDER FOR JUDGMENT BY DEFAULT</u>** |

    In this action the defendant, Cestone Electric Company, Inc., having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired and the default of the said Defendant, the premises having been duly entered according to law, upon the application of the Plaintiffs,

judgment is hereby entered against the said Defendant and in favor of the Plaintiffs in pursuance of the prayer of the Complaint.

WHEREFORE, by virtue of law and by reason of the premises aforesaid;

It is ORDERED, ADJUDGED and DECREED that the said Plaintiffs do have and recover from said Defendant the sum of **$1,146,332.27** plus interest at **$82.88** per diem from the date of this Order until judgment is satisfied.

SO ORDERED

_____
Brian R. Martinotti, U.S.D.J.